UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ANIMACCORD LTD., <br> A Cyprus limited company, <br><br> *Plaintiff,* <br><br> v. <br><br> THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> *Defendants.* | § § § § § § § § § § § § §  Civil Action No. 4:25-cv-489 |

**NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANT**

PLEASE TAKE NOTICE, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and by undersigned counsel, Plaintiff hereby voluntarily dismisses *without* prejudice all claims against the following single Defendant:

Shopping-world-store (Defendant No. 107 on Schedule "A" to the Complaint, Dkt. #4).

Dated: June 3, 2025

Respectfully submitted,

**BUETHER JOE & COUNSELORS, LLC**

By:   /s/ *Christopher M. Joe*
Christopher M. Joe
State Bar No. 00787770
Chris.Joe@BJCIPLaw.com

1700 Pacific Avenue, Suite 4750
Dallas, Texas 75201
Telephone:   (214) 466-1272
Facsimile:   (214) 635-1828

**ATTORNEYS FOR PLAINTIFF
ANIMACCORD LTD.**

1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 3rd day of June, 2025, a true and correct copy of the foregoing was electronically filed using the U.S. District Court's cm/ECF system, and Service is being provided to all Defendants or their counsel of record as allowed by the Court. In addition, other counsel, if any, will be served via e-mail, facsimile or U.S. regular mail.

                                        /s/ *Kenneth P. Kula*  
                                        Kenneth P. Kula