UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ANIMACCORD LTD., <br> A Cyprus limited company, <br><br> *Plaintiff,* <br><br> v. <br><br> THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> *Defendants.* | § § § § § § § § § § § § | Civil Action No. 4:25-cv-489 |

## NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS

PLEASE TAKE NOTICE, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following individual Defendants:

NsuDesign (Defendant No. 11 on Schedule "A" to the Complaint, Dkt. #4);

8ttobLab (Defendant No. 20 on Schedule "A" to the Complaint, Dkt. #4);

EthimoDesign (Defendant No. 32 on Schedule "A" to the Complaint, Dkt. #4);

MadeByBrogan (Defendant No. 61 on Schedule "A" to the Complaint, Dkt. #4);

WatermelonEmbroidery (Defendant No. 67 on Schedule "A" to the Complaint, Dkt. #4);

emzel* (Defendant No. 73 on Schedule "A" to the Complaint, Dkt. #4);

sm_art_glass (Defendant No. 97 on Schedule "A" to the Complaint, Dkt. #4);

afonya-10 (Defendant No. 98 on Schedule "A" to the Complaint, Dkt. #4);

DecoAtheme (Defendant No. 129 on Schedule "A" to the Complaint, Dkt. #4);

MHEcomHome (Defendant No. 131 on Schedule "A" to the Complaint, Dkt. #4);

nisskidscollection (Defendant No. 142 on Schedule "A" to the Complaint, Dkt. #4);

ArtfulCraftsmeadARJ (Defendant No. 157 on Schedule "A" to the Complaint, Dkt. #4);

Desingofamerica (Defendant No. 159 on Schedule "A" to the Complaint, Dkt. #4).

Dated: June 11, 2025

Respectfully submitted,

**BUETHER JOE & COUNSELORS, LLC**

By:    /s/ *Christopher M. Joe*
Christopher M. Joe
State Bar No. 00787770
Chris.Joe@BJCIPLaw.com

1700 Pacific Avenue, Suite 4750
Dallas, Texas 75201
Telephone:    (214) 466-1272
Facsimile:    (214) 635-1828

**ATTORNEYS FOR PLAINTIFF ANIMACCORD LTD.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of June, 2025, a true and correct copy of the foregoing was electronically filed using the U.S. District Court's cm/ECF system, and Service is being provided to all Defendants or their counsel of record as allowed by the Court. In addition, other counsel, if any, will be served via e-mail, facsimile or U.S. regular mail.

/s/ *Kenneth P. Kula*
Kenneth P. Kula